

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1264-19

**D'WARREN LAMAR SIMMONS, Appellant**

**V.**

**THE STATE OF TEXAS**

**ON STATE'S AND APPELLANT'S PETITIONS
FOR DISCRETIONARY REVIEW FROM
THE WACO COURT OF APPEALS
MCLENNAN COUNTY**

*Per curiam.* **YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.**

### O P I N I O N

Appellant was convicted of assault family violence with a prior conviction for

assault family violence and sentenced to 75 years in prison. In the bill of costs, the trial

court assessed Appellant a $25 time payment fee. *See* TEX. LOCAL GOV'T CODE §

133.103. On appeal, the Court of Appeals struck a portion of that fee as being unconstitutional. *Simmons v. State*, No. 10-18-00269-CR (Tex. App. – Waco Nov. 27, 2019).

The State has filed a petition for discretionary review arguing that the time payment fee was prematurely assessed. We recently handed down our opinion in *Dulin v. State*, Nos. PD-0856-19 & PD-0857-19, 2021 Tex. Crim. App. LEXIS 273 (Tex. Crim. App. Mar. 31, 2021), in which we held that the time payment fee was assessed prematurely because the pendency of appeal suspends the obligation to pay court costs.

Accordingly, we grant ground one of the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals for proceedings consistent with this opinion. The State's other ground is refused. Appellant's petition is also refused.

DATE DELIVERED: May 12, 2021
DO NOT PUBLISH